# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| **BRIAN TURKOVICH, an individual,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**RIEKE PACKAGING SYSTEMS LTD.**, *an Indiana Limited Liability Company;* **TRIMAS CORPORATION,** *a Delaware Corporation*; AND DOES 1 through 50, inclusive,<br><br>                    **Defendants.** | CASE NO. 5:20−cv−00482 SVW (KKx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation Re: Dismissal of Entire Action With Prejudice, and finding good cause therefore, adopts the terms thereof as the Order of the Court, and herby orders that Case No. 5:20−cv−00482 SVW (KKx), be dismissed in its entirety <u>with prejudice</u>.

IT IS SO ORDERED.

Dated: May 15, 2020          By: _____
                                                            HONORABLE STEPHEN V. WILSON
                                                            U.S. DISTRICT JUDGE